1

2

3

**Entered on Docket**
**September 30, 2009**

_Bruce A. Markell_

4
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

5

6

7

8

9

10  **WILDE & ASSOCIATES**

11  Gregory L. Wilde, Esq.
Nevada Bar No. 004417

12  208 South Jones Boulevard
Las Vegas, Nevada 89107

13  Telephone: 702 258-8200
bk@wildelaw.com

14  Fax: 702 258-8787
and

15  MARK S. BOSCO, ESQ.
Arizona Bar No. 010167

16  TIFFANY & BOSCO, P.A.

17  2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

18  Telephone: (602) 255-6000
Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc.

19  09-75475

20              **UNITED STATES BANKRUPTCY COURT**

21                    **DISTRICT OF NEVADA**

22

23  In Re:                                    BK-07-16978-bam

24  James Winfield and Barbara Motl           Date:  9/22/09
                                              Time: 9:30am
25
                                              Chapter 13
26              Debtors.

1

## ORDER VACATING AUTOMATIC STAY

2       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

3  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

4
   Secured Creditor Wells Fargo Bank, N.A. successor by merger with Wells Fargo Home Mortgage, Inc.,
5
6  its assignees and/or successors in interest, of the subject property, generally described as 5598 Coder

7  Court, Las Vegas, NV 89118.

8       IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

9  Debtors and Trustee at least five business days' notice of the time, place and date of sale.

10      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby

11  withdraws its secured Proof of Claim filed in this matter.

12      DATED this _____ day of _____, 2009.

13  Submitted by:
    **WILDE & ASSOCIATES**
14

15  By _____

16      **GREGORY L. WILDE, ESQ.**
        Attorney for Secured Creditor
17      208 South Jones Boulevard
        Las Vegas, Nevada 89107
18

19  APPROVED / DISAPPROVED

20  _____

21  Matthew E. Aaron
    2300 W. Sahara, Suite 650
    Las Vegas, NV 89102
22  Attorney for Debtor(s)

23  APPROVED / DISAPPROVED

24  _____

25  Kathleen A Leavitt
    201 Las Vegas Blvd., So. #200
26  Las Vegas, NV  89101
    Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_X \_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented  parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or   \_X \_  failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_X \_  failed  to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_  failed  to respond to the document

Breach Order:

\_\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor